## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Vincent J Randale<br><br>    Debtor(s) | Case No. 10 B 03969 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/01/2010.

2) The plan was confirmed on 05/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 06/17/2013.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,176.52 |
| Less amount refunded to debtor | $581.54 |

**NET RECEIPTS:** $23,594.98

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,111.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,111.80

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Affiliated Radiologist | Unsecured | 11.25 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 2,007.89 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 1,792.00 | NA | NA | 0.00 | 0.00 |
| BAC Home Loan Servicing LP | Secured | 226,170.00 | 177,915.46 | 177,915.46 | 0.00 | 0.00 |
| Capital One | Unsecured | NA | 380.93 | 380.93 | 0.00 | 0.00 |
| Citicash | Unsecured | 750.69 | 4,775.19 | 4,775.19 | 0.00 | 0.00 |
| CitiFinancial | Secured | 13,445.33 | 12,570.43 | 12,570.43 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 406.39 | 407.90 | 407.90 | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| Earth Mover Credit Union | Unsecured | 956.27 | 956.27 | 956.27 | 0.00 | 0.00 |
| East Bay Funding | Unsecured | NA | 1,282.38 | 1,282.38 | 0.00 | 0.00 |
| East Bay Funding | Unsecured | NA | 457.86 | 457.86 | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 577.33 | 577.33 | 577.33 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 523.79 | 523.79 | 523.79 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 942.21 | 942.21 | 942.21 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 555.49 | 555.49 | 555.49 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 695.11 | 695.11 | 695.11 | 0.00 | 0.00 |
| FEB/Frys | Unsecured | 1,755.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 27,121.82 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 3,430.14 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6,284.99 | 1,179.91 | 1,179.91 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 6,284.99 | 1,393.17 | 1,393.17 | 0.00 | 0.00 |
| Lynx Credit Corp | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |
| Majestic Condomunium Association | Secured | 14,934.04 | 15,310.34 | 14,934.04 | 13,996.82 | 0.00 |
| Menards Inc | Unsecured | 1,185.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 287.00 | 247.15 | 247.15 | 0.00 | 0.00 |
| No IL Emer & Occup Med Spec | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Orthopedics Specialists | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 389.00 | 389.75 | 389.75 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 521.00 | 521.33 | 521.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Resurgent Capital Services | Unsecured | NA | 3,353.92 | 3,353.92 | 0.00 | 0.00 |
| Rush University | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 1,088.36 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,656.00 | 1,656.00 | 1,656.00 | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 110.49 | NA | NA | 0.00 | 0.00 |
| State Farm Bank | Unsecured | NA | 603.96 | 603.96 | 0.00 | 0.00 |
| State Farm Bank | Secured | 5,277.82 | 5,881.78 | 5,277.82 | 5,277.82 | 208.54 |
| The Money Co | Unsecured | 400.00 | 3,580.56 | 3,580.56 | 0.00 | 0.00 |
| TSYS Total Debt Management | Unsecured | 380.77 | NA | NA | 0.00 | 0.00 |
| University Anesthesiologists | Unsecured | 79.00 | 79.00 | 79.00 | 0.00 | 0.00 |
| Village of Addison | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Workforce Financial | Unsecured | 1,326.34 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $190,485.89 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,934.04 | $13,996.82 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,277.82 | $5,277.82 | $208.54 |
| **TOTAL SECURED:** | **$210,697.75** | **$19,274.64** | **$208.54** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,393.17 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,393.17** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$23,166.04** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,111.80 |
| Disbursements to Creditors | $19,483.18 |
| **TOTAL DISBURSEMENTS** : | **$23,594.98** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/01/2013                    By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**